1  DOWNEY BRAND LLP
   RYAN C. WOOD (Bar No. 232267)
2  621 Capitol Mall, 18th Floor
   Sacramento, CA  95814-4731
3  Telephone: (916) 444-1000
   Facsimile: (916) 444-2100
4  rwood@downeybrand.com

5  Attorneys for Defendant
   SUNSWEET GROWERS, INC.

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12 | KIM AVOY, individually and on behalf of     | Case No.  CV 12-01769 RMW
   | all others similarly situated,               |
13 |                                              | **[] ORDER TO CONTINUE
   |              Plaintiff,                      | THE CASE MANAGEMENT
14 |                                              | CONFERENCE AND TO EXTEND THE
   | v.                                           | TIME TO FILE A JOINT CASE
15 |                                              | MANAGEMENT STATEMENT AND A
   | SUNSWEET GROWERS, INC.,                      | RESPONSE TO COMPLAINT**
16 |                                              |
   |              Defendant.                      |
17

18
        GOOD CAUSE APPEARING to the satisfaction of the Court upon stipulation of the
19
   Parties herein, and pursuant to Civil Local Rules 5, 6-1(b) and 6-2, the Joint Case Management
20
   Statement shall be filed on or before **January 4, 2013**, Defendant's responsive pleading shall be
21
   filed on or before **January 10, 2013**, and the Case Management Conference shall be continued to
22
   **January 11, 2013** at 10:30 a. m.
23

24

25 IT IS SO ORDERED:

26 DATED:_____, 2012              _Ronald M. Whyte_
                                               Ronald M. Whyte, United States District Court
27                                             Judge for the Northern District of California

28

1286732.1                          1

ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES