DOWNEY BRAND LLP
RYAN C. WOOD (Bar No. 232267)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
rwood@downeybrand.com

Attorneys for Defendant
SUNSWEET GROWERS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KIM AVOY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNSWEET GROWERS, INC.,<br><br>Defendant. | Case No.  CV 12-01769 RMW<br><br>**[] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND TO EXTEND THE TIME TO FILE A JOINT CASE MANAGEMENT STATEMENT AND A RESPONSE TO COMPLAINT** |

GOOD CAUSE APPEARING to the satisfaction of the Court upon stipulation of the Parties herein, and pursuant to Civil Local Rules 5, 6-1(b) and 6-2, the Joint Case Management Statement shall be filed on or before **January 4, 2013**, Defendant's responsive pleading shall be filed on or before **January 10, 2013**, and the Case Management Conference shall be continued to **January 11, 2013** at 10:30 a. m.

IT IS SO ORDERED:

DATED: _____, 2012

_Ronald M. Whyte_
Ronald M. Whyte, United States District Court Judge for the Northern District of California

1286732.1

1

ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES